IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR     *

       v.                   *    Civil No. JFM-02-4087

HASSLEHOLMS MEKANISK, AB, ET AL *



ORDER

On December 16, 2002, plaintiff's counsel submitted a letter to this court in which he requested that the complaint be filed and that service of the summons be held "at a later date."

Plaintiff's counsel has had no further communication with the court. Accordingly, it is, this 30th day of April 2003

ORDERED that plaintiff effect service upon defendant Hassleholms Mekanisk, AB on or before September 17, 2003.

/s/
J. Frederick Motz
United States District Judge