IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                       CIVIL ACTION No.: JFM-02-4087

v.

HASSLEHOLMS MEKANISK, AB, ET.AL.

    DEFENDANTS
_____,

## **MOTION TO EXTEND THE DEADLINE FOR SERVICE OF PROCESS**

AARON LOCKLEAR ("LOCKLEAR"), by and through his undersigned counsel, John M. Kotzker, hereby respectfully submits to this Honorable Court this "Motion to Extend the Deadline for Service of Process" on the Defendants in this case; the Plaintiff hereby provides the following as basis for such request for extension:

1. This Court has set a deadline for the Plaintiff to effectuate service of process by September 17, 2003.

2. Plaintiff has made a good faith attempt to discover the unknown entities, including but not limited to those individuals and entities privy to the chain of commerce who are responsible for the manufacturing, sale and use of the allegedly defected equipment causing severe injury to the Plaintiff.

3. To date, Plaintiff has expended considerable expense in locating the foreign manufacturer that built the machine which malfunctioned and amputated his hand because the name on the machine is not the name of the manufacturer but rather the name of the industrial city in Sweden where it was built. Undersigned counsel has recently(within the last two weeks) discovered the name and location of the manufacturer of the defective equipment, and has

further discovered that the manufacturer is a Swedish company, doing business in the United States of America, including but not limited to Maryland.

4. Plaintiff is making good faith attempts to discover the existence and location of any American subsidiary and or registered agent, principals, affiliates, executives, distributors, salesperson(s), and or other individuals involved in the Swedish company and located in the United States.

5. Plaintiff acknowledges and represents to this Court that the purpose of discovering any affiliate and or subsidiary, as described above, is to circumvent the undue burden and indefinite delay that may be involved in serving a foreign corporation, which may require the compliance with numerous international conventions, treaties and resolutions.

6. Plaintiff further states to this Honorable Court that the injuries sustained as a result of the alleged defective equipment have resulted in the loss of Plaintiff's hand causing continual, substantial mental and physical pain, suffering and irreparable damage and harm; and, it would be in the interest of justice that the Plaintiff's case be heard and tried in this Honorable Court.

7. Plaintiff has no other adequate remedy at law.

8. Plaintiff will be filing an Amended Complaint that contains the name of the recently discovered manufacturer.

9. Plaintiff's counsel represents to this Court that this matter is not dilatory but rather that it is the Plaintiff's desire to get this matter to trial as soon as possible and that finding and serving the correct parties has taken substantial time and resources.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the deadline for Service of Process for his case for a period of nine (9) months from the original deadline, currently scheduled for September 17, 2003.

Respectfully submitted,

Kotzker/Shamy, P.L.

*John M. Kotzker*
electronically signed
_____
John M. Kotzker, Esq.
Federal Bar # 10725
Attorney for Plaintiff/Trial Counsel
2724 West Atlantic Boulevard
Pompano Beach, Fl. 33069
(954) 956-7676
Fax (954) 956-9995