IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION No.:JFM-02-4087

HASSLEHOLMS MEKANISK, AB, ET.AL.

    DEFENDANTS

_____,

## **ORDER**

    THIS MATTER came before the court on the Plaintiff's Motion to Extend the Deadline for Service of Process filed by Plaintiff and the Court having been fully advised;

    ORDERED, that Plaintiff shall have ____ (   ) months to Serve a Summons on the Defendants in this case.

    DONE AND ORDERED in chambers at United States District Court, for the District of Maryland, this ___ day of _____, 2003.

_____
J. Frederick Motz
United States District Judge

Signed Copies to:
John M. Kotzker, Esq.
2724 West Atlantic Blvd.
Pompano Beach, Fl. 33069

One File for Unknown Defendants