

**Kotzker/Shamy, PL**
www.kotzker-shamy.com

September 4, 2003

The Honorable J. Frederick Motz
The United States District Court
For the District of Maryland
*Via Electronic Filing*

    Re:    <u>Locklear v. Hasselholmes, et. al.</u>
            Civil No.: JFM-02-4087

Dear Judge Motz:

    I have filed a Motion to Extend the time for Service of Process in the above referenced case. This firm has been investigating for many months to locate the actual manufacturer of the machine that amputated Mr. Locklear's right hand. It has taken many months but we have finally located the name of the manufacturer and we will be filing an Amended Complaint that will reflect this recently discovered name. I apologize to the Court for not having kept it up to date on the status of our investigation.

    The manufacturer defendant in this case is a Swedish company that will require us to locate a registered agent in the United States or to perfect service of process through an international treaty. The dismissal of this case would result in further irreparable harm to Mr. Locklear and would significantly prejudice his claim.

    I hope that you will consider this request to be in the best interests of justice. Thank you very much.

                                      Very truly yours,

                                      *John M. Kotzker*
                                      *electronically signed*

                                      John M. Kotzker

JMK:dd
Enclosures

