FILED
U.S. DISTRICT COURT
STRICT OF MARYLAND

2003 SEP -8  A 11: 42

CLERK'S OFFICE
AT BALTIMORE

_____DEPUT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                        CIVIL ACTION No.: JFM-02-4087

v.

HASSLEHOLMS MEKANISK, AB, ET.AL

    DEFENDANTS

## MOTION TO EXTEND THE DEADLINE FOR SERVICE OF PROCESS

AARON LOCKLEAR ("LOCKLEAR"), by and through his undersigned counsel, John M. Kotzker, hereby respectfully submits to this Honorable Court this "Motion to Extend the Deadline for Service of Process" on the Defendants in this case; the Plaintiff hereby provides the following as basis for such request for extension:

1    This Court has set a deadline for the Plaintiff to effectuate service of process by September 17, 2003.

2.    Plaintiff has made a good faith attempt to discover the unknown entities, including but not limited to those individuals and entities privy to the chain of commerce who are responsible for the manufacturing, sale and use of the allegedly defected equipment causing severe injury to the Plaintiff.

3.    To date, Plaintiff has expended considerable expense in locating the foreign manufacturer that built the machine which malfunctioned and amputated his hand because the name on the machine is not the name of the manufacturer but rather the name of the industrial city in Sweden where it was built. Undersigned counsel has recently(within the last two weeks) discovered the name and location of the manufacturer of the defective equipment, and has