# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 8, 2003

Memo  Re: Locklear v. Hasselholmes, et al.
       Civil No. JFM-02-4087

Dear Mr. Kotzker:

I am in receipt of your letter dated September 4, 2003.

Please file an amended complaint on or before October 10, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge