

**Kotzker/Shamy, PL**
www.kotzker-shamy.com

May 4, 2004

The Honorable J. Frederick Motz
The United States District Court
For the District of Maryland
*Via Electronic Filing*

    Re:    Locklear v. Bergman & Beving, et. al.
            Civil No.: JFM-02-4087

Dear Judge Motz:

    We have filed a Motion to Extend the time for Service of Process in the above referenced case. We have conducted an exhaustive search for ways to serve the Defendants without the necessity of serving them in Sweden. Unfortunately, it has become necessary for the Plaintiff to do just that pursuant to the Hague Service Convention.

    We are hopeful that our service agents will succeed in serving the Defendants in Sweden soon. Attached to the Motion to Extend Time are the Affidavits of the service agent which explain the process. The dismissal of this case would result in further irreparable harm to Mr. Locklear and would significantly prejudice his claim. I hope that you will consider this request to be in the best interests of justice. Thank you very much.

                              Very truly yours,

                              *John M. Kotzker*
                              *electronically signed*
                              John M. Kotzker

JMK:dd
Enclosures