United States District Court for the District of Maryland

Aaron Locklear
Plaintiff
-vs-
Bergman & Beving AB , Luna AB, Unknown Seller of the Luna machine Type IP110/5, Unknown Distributor of the Luna machine Type IP110/05, Unknown Importer of the Luna machine Type IP110/5
Defendant

Case No.: JFM-02-4087

AFFIDAVIT OF ROBERT GIBSON

I, Robert Gibson, am President of 1-800-SERVE-EM, an Inter-Jurisdictional Process Service Clearing Firm. I am over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. We specialize in the service of civil process in foreign countries; and

2. The United States and Sweden are signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at the Hague, November 15, 1965, (Hague Service Convention); and

3. Sweden has declared that all documents to be served must be translated into Swedish in their entirety; and

4. We have forwarded to the Central Authority in Sweden the Summons, Amended Complaint, Demand for Jury Trial, translation thereof and the USM 94 form accordance with the Hague Service Convention for service upon **Bergman & Beving AB**; and

5. No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

6. The Hague Service Convention does not impose an obligatory time frame; and