7. It has been my continuous experience that the turn around time for effected service in Sweden under the Hague Service Convention is approximately three months but has occasionally exceeded five months.

Robert Gibson
President, 1-800-SERVE-EM
Job Serial No. 2004024455

SUBSCRIBED AND SWORN TO before me this 12th day of April, 2004

Patricia Barron
Notary
Palm Beach County, Florida



PATRICIA BARRON
COMMISSION # DD073108
EXPIRES NOV 19 2005
BONDED THROUGH
RLI INSURANCE COMPANY