IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                        CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

## **ORDER**

THIS MATTER came before the court on the Plaintiff's Motion to Extend the Deadline for Service of Process filed by Plaintiff and the Court having been fully advised;

ORDERED, that Plaintiff shall have until November 17, 2004 to Serve a Summons on the Defendants in this case.

DONE AND ORDERED in chambers at United States District Court, for the District of Maryland, this \_\_\_ day of \_\_\_\_\_, 2004.

_____
J. Frederick Motz
United States District Judge

Signed Copies to:
John M. Kotzker, Esq.
2724 West Atlantic Blvd.
Pompano Beach, Fl. 33069