## CERTIFICATE

Case No. JFM-02-4087

JuBIRS 2004/1334

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*

the (date) _____ 23 April 2004

at (place, street, number) _____ 100 55 STOCKHOLM, Karlavägen 76

_____

in one of the following methods authorized by article 5:

(a) in accordance with the provisions of sub-paragraph (a)
of the first paragraph of article 5 of the Convention.*

(b) in accordance with the following particular method:*

_____

_____

x)  (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

☐ identity and description of person)

_____ Stefan V. Wigren, authorized to sign for Bergman & Beving AB _____

_____

relationship to the addressee family, business, or other

_____

2) that the document has not been served, by reason of the following facts:*

_____

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

☐

Annexes

Documents returned:

_____

_____        Done at ___Stockholm___, the _27 April 2004_.

_____        Signature and/or stamp

_____

In appropriate cases, documents establishing
the service:
___Copies of the documents served, duly signed___
___and witnessed, are attached hereto.___
_____
_____

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate