# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>910 5th Avenue<br>Seattle, Washington 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Ministry of Justice<br>Division of Criminal and International<br>Judicial Cooperation<br>Central Authority<br>SE-103 33 Stockholm, Sweden<br>46 8 405 5057 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
  (identity and address)

**BERGMAN & BEVING AB**
**KARLAVAGEN 76**
**STOCKHOLM, S-100 55 Sweden**
  DOB:          Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:
EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; SUMMONS IN DUPLICATE AMENDED COMPLAINT IN DUPLICATE TRANSLATED SUMMONS IN DUPLICATE TRANSLATED AMENDED COMPLAINT IN DUPLICATE

Done at Seattle, Washington USA, on Apr 14 2004

Signature and/or stamp

TRACKING #: 3477937

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate