matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

| | |
|---|---|
| Name and address of the requesting authority: | Rick Hamilton<br>910 5th Avenue<br>Seattle, Washington 98104<br>United States of America |
| Particulars of the parties: | |
| AARON LOCKLEAR | vs. BERGMAN & BEVING AB<br>AND<br>LUNA AB; ET AL., |

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and to summon them to answer to the Complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the Complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate