IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    Plaintiff

v.                                     Civil No. JFM-02-4087

BERGMAN & BEVING AB, et al.

    Defendants

                    *     *     *

**Joint Stipulation to Extend Time for Defendants' Response to Amended Complaint**

Plaintiff, Aaron Locklear, by undersigned counsel, and Defendants, Bergman & Beving AB and Luna AB, by undersigned counsel, jointly stipulate that Defendants shall file a response to the Amended Complaint on or before June 10, 2004.

                                               _____/s/_____
                                             John M. Kotzker  #10725
                                           2724 West Atlantic Boulevard
                                           Pompano Beach, FL 33069
                                           (954) 956-7676
                                           (954) 956-9995 [fax]
                                           Attorney for Plaintiff


                                           _____/s/_____
                                           Douglas W. Biser  #01212

                                           _____/s/_____
                                           Matthew P. Lalumia  #10863
                                           Mudd, Harrison & Burch
                                           105 W. Chesapeake Ave. #300
                                           Towson, MD 21204
                                           (410) 828-1335
                                           (410) 828-1042 [fax]
                                           Attorneys for Defendants