**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*

the (date) _____ 26 April 2004 _____

at (place, street, number) _____ 441 80 ALINGSÅS, Sandbergsvägen 3 _____

in one of the following methods authorized by article 5:

    (a) in accordance with the provisions of sub-paragraph (a)
    of the first paragraph of article 5 of the Convention.*

    (b) in accordance with the following particular method:*

_____

_____

x)   (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

☐ Identity and description of person)

_____ Ulf Carlsson, authorized to sign for Luna AB _____

relationship to the addressee family, business, or other

_____

2) that the document has not been served, by reason of the following facts:*

_____

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

☐

Annexes

Documents returned:

_____

_____    Done at _____ Stockholm _____ , the 28 April 2004 .

_____    Signature and/or stamp

In appropriate cases, documents establishing
the service:    _____

_____ Copies of the documents served, duly signed
and witnessed, are attached hereto. _____

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate