# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

## (article 5, fourth paragraph)

Name and address of the requesting authority:    **Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Particulars of the parties:

**AARON LOCKLEAR**                    vs.    **BERGMAN & BEVING AB**
**AND**
**LUNA AB; ET AL.,**

## JUDICIAL DOCUMENT*

Name and purpose of the document:

To give notice to the Defendant of the institution against them of a claim for civil damages, and to summon them to answer to the Complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*

Defendant has twenty days from receipt of the Summons to answer to the Complaint, address is noted on the Summons.

Court which has given judgment:*

n/a

Date of judgment:*

n/a

Time limits stated in the document:*

Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:

n/a

Time limits stated in the document:*

n/a

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate