# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

V.

BERGMAN & BEVING AB

and

LUNA AB, et.al.

**SUMMONS IN A CIVIL CASE**

CASE JFM-02-4087

TO: (Name and address of Defendant)

LUNA AB
Sandersbergvagen 3
SE-44180 Alingsas, Sweden

*[Stamp: En med denna likalydande handling/ar i bestyrkt avskrift har jag denna dag nottagit, erkänne Datum 040426 ... Bestyrkes: ... Ove Persson Stämningsman]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Kotzker, Esq.
Kotzker/Shamy, P.L.
2724 W. Atlantic Blvd.
Pompano Beach, Fl. 33069

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

*(signature)* Mary C Boyle
(By) DEPUTY CLERK

DATE 3/26/04