IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| AARON LOCKLEAR | * |
|     Plaintiff | * |
| v. | |
| | *   Civil No. JFM-02-4087 |
| BERGMAN & BEVING AB, et al. | |
| | * |
|     Defendants | |

\* \* \*

**Disclosure of Affiliations and Financial Interest**

Pursuant to Local Rule 103.3, undersigned counsel for Defendants, Bergman & Beving AB and Luna AB, hereby discloses that Bergman & Beving AB is the parent company of its wholly-owned subsidiary, Luna AB; and he also discloses that the Zurich Insurance Company has a potential financial interest in the outcome of the litigation to the extent that it may have an obligation, under its contract of insurance, to defend and indemnify Bergman & Beving AB and/or Luna AB.

_____/s/_____
Douglas W. Biser   (01212)
Mudd, Harrison & Burch
105 W. Chesapeake Ave.   Suite 300
Towson, MD 21204
(410) 828-1335 [T]
(410) 828-1042 [F]