IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

AARON LOCKLEAR                         *

     Plaintiff                        *

v.                                                        Civil No. JFM-02-4087

                                 *

BERGMAN & BEVING AB, et al.

                                 *

     Defendants

                           *     *     *

<u>ORDER</u>

Upon consideration of the Motion to Dismiss of Defendants, Bergman & Beving AB and Luna AB, any opposition thereto, and for good cause shown, it is this _____ day of _____ 2004,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Amended Complaint is DISMISSED.


_____
J. Frederick Motz
United States District Judge