IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AARON LOCKLEAR | * | |
|     Plaintiff | * | |
| v. | | Civil No. JFM-02-4087 |
| | * | |
| BERGMAN & BEVING AB, et al. | | |
| | * | |
|     Defendants | | |
| | *    *    * | |

### ORDER

Upon consideration of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, any opposition thereto, and for good cause shown, it is this ____ day of _____ 2004,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED AND ADJUDGED, that this Court may not exercise personal jurisdiction over Bergman & Beving AB and Luna AB; and it is further

ORDERED, that the Amended Complaint is DISMISSED.

 

                                                                          _____
                                                                          J. Frederick Motz
                                                                          United States District Judge