IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                    CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

**<u>JOINT STIPULATION</u>**

AARON LOCKLEAR ("LOCKLEAR"), by and through his undersigned counsel, John M. Kotzker, and Defendants Bergman & Beving AB and Luna AB, by undersigned counsel, hereby jointly enter into this Stipulation regarding the Plaintiff's response to the Defendants' pending Motion to Dismiss and state:

1. The Defendants Bergman & Beving AB and Luna AB filed a Motion to Dismiss the Amended Complaint in this action on June 8, 2004 and the response to this Motion is due on June 25, 2004.

2. The parties are currently working together in exploring an amicable resolution to the jurisdictional issues contained in the Motion to Dismiss.

3. That because of the logistics involved in communicating these negotiations with these Swedish corporations, their corporate counsel in New York and their insurance carrier, the parties believe that, in an effort to narrow the issues and align the proper parties for this litigation, it would be in the best interests of all parties and for reasons of judicial economy that the response to the Motion should be extended an additional forty-five (45) days, which would allow the parties time to have the proper corporate defendants aligned in this case. Such a resolution would avoid the necessity of preliminary discovery and hearing on the jurisdictional issues.

4. The parties will immediately inform the Court if the jurisdictional issues are resolved.

5.   This Joint Stipulation is made without prejudice to all claims and defenses.

WHEREFORE, the parties respectfully request this Court extend the deadline for the response to the Motion to Dismiss for a period of forty-five (45) days from the deadline, currently scheduled for June 25, 2004, until August 9, 2004.

Respectfully submitted,

Kotzker/Shamy, P.L.

*John M. Kotzker*
electronically signed_____
John M. Kotzker, Esq.
Federal Bar # 10725
Attorney for Plaintiff/Trial Counsel
2724 West Atlantic Boulevard
Pompano Beach, Fl. 33069
(954) 956-7676
Fax (954) 956-9995


_____/s/_____
Douglas W. Biser #01212


_____/s/_____
Matthew P. Lalumia #10863
Mudd, Harrison & Burch
105 W. Chesapkeake Ave. #300
Towson, Md. 21204
(410) 828-1335
Fax: (410) 828-1042
Attorneys for Defendants