IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

**ORDER**

    THIS MATTER came before the court on the Joint Stipulation for Extension of Time for a Response to the Motion to Dismiss and the Court having been fully advised;

    ORDERED, that Plaintiff shall have until August 9, 2004 to serve a response to all of Defendants' preliminary defenses raised to date by Motion to Dismiss in this case, without prejudice to all claims and defenses.

    FURTHER ORDERED, that if the parties are able to resolve the jurisdictional issues in the Motion to Dismiss, they shall immediately inform the Court.

    DONE AND ORDERED in chambers at United States District Court, for the District of Maryland, this \_\_\_ day of \_\_\_\_\_, 2004.

_____
J. Frederick Motz
United States District Judge

Signed Copies to:
Kotzker/Shamy, P.L.
Mudd, Harrison & Burch