IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                      CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

## **ORDER**

THIS MATTER came before the court on the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and the Court having been fully advised and after review of Plaintiff's Opposition thereto, it is hereby;

ORDERED, that the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is hereby Denied.

DONE AND ORDERED in chambers at United States District Court, for the District of Maryland, this \_\_\_ day of \_\_\_\_\_, 2004.

_____
J. Frederick Motz
United States District Judge

Signed Copies to:
Kotzker/Shamy, P.L.
Mudd, Harrison & Burch