IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                         CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

**ORDER**

    THIS MATTER came before the court on the Defendants' Motion to Dismiss and the Court having been fully advised and after review of Plaintiff's Opposition thereto, it is hereby;

    ORDERED, that the Defendants' Motion to Dismiss is hereby Denied.

    DONE AND ORDERED in chambers at United States District Court, for the District of Maryland, this \_\_\_ day of \_\_\_\_\_, 2004.

_____
J. Frederick Motz
United States District Judge

Signed Copies to:
Kotzker/Shamy, P.L.
Mudd, Harrison & Burch