FORM C-40D (REV 9/88)

# WORKERS' COMPENSATION COMMISSION

TEAM CODE: BTM   6 N. LIBERTY STREET, BALTIMORE, MARYLAND 21201-3785

This document must be completed and returned by the consideration date in the envelope provided.

| | |
|---|---|
| Claim No. B484747 | Date of accident 12/20/1999 |
| Employee AARON D LOCKLEAR | Consideration date 2/14/2000 |
| Insurer FIREMAN'S FUND INSURANCE CO. | Social Security No. 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 |
| Employer HARFORD SYSTEMS INC | Date mailed to insurer 1/27/2000 |
| Date claim rec'd 1/18/2000 | INSURER CODE I0057 |

[X] The insurer commenced temporary total disability payments on 12/21/99 in the amount of $291.00 per week.

[ ] The first payment of temporary total was mailed to the claimant on 12/23/99.

[ ] No compensable lost time.

[ ] The insurer raises contesting issues as indicated below.

*Signature* Mark Knies    *Date* 2/2/00

This form is to be used for requested information only. Do not add additional information.

FEB 4 9 04 AM '00 WORKERS' COMPENSATION COMMISSION-APF

## CONTESTING ISSUES

[ ] Did the employee sustain an accidental personal injury arising out of and in the course of employment.

[ ] Is the disability of the employee the result of an accidental personal injury arising out of and in the course of employment.

[ ] Did the employee sustain a compensable hernia within the meaning of the Compensation Act?

[ ] Other _____

This form completed and signed must be received by the commission on or before the consideration date.

The filing of these contesting issues does not relieve you of the responsibility of serving issues on the other parties of interest.

This is to certify that a copy of the above issues has been served upon all parties

this ____ day of ____ 19 ____

Signature of party raising these issues

FIREMAN'S FUND INSURANCE CO.
FIREMAN'S FUND INSURANCE
9690 DEERECO RD
TIMONIUM, MD 21093-6055

03

WCC FORM C-81D (REV 1/93)                **WORKERS' COMPENSATION COMMISSION**
Claim No.   B484747            6 NORTH LIBERTY STREET, BALTIMORE, MARYLAND 21201-3785

Employee    AARON D LOCKLEAR                         AWARD OF COMPENSATION
                                                     AND AVERAGE WEEKLY WAGE
Employer    HARFORD SYSTEMS INC

Insurer     FIREMAN'S FUND INSURANCE CO.

After due consideration of the above entitled case, it is determined that the claimant sustained an accidental injury or occupational disease/illness as defined in The Labor and Employment Article, § 9-101 (b) or (g) arising out of and in the course of employment on   12/20/1999   that the average weekly wage was $   $474.02   and that the claimant was temporarily totally disabled as a result of said injuries.

The Commission has concluded to pass an Order based on the evidence in the record, but will reserve the right of both parties to have the issue of average weekly wage adjudicated at the time a hearing is held. FAILURE TO COMPLY WITH RULE .07 B (1) SHALL BE CONSIDERED A WAIVER OF THE ISSUE OF AVERAGE WEEKLY WAGE.

It is, therefore, this day   02/23/2000   by the Workers' Compensation Commission ORDERED that the said employer and insurer:

1. Pay unto the said claimant compensation at the rate of   $317.00   per week, payable weekly, during the continuance of the temporary total disability of the claimant. Said compensation to begin on   12/24/1999   provided, however, that if the injury results in disability of more than 14 days, compensation shall be paid from the date of the disability, including the day the injury occurred; subject to a credit for the days the claimant worked and received wages.
2. Promptly provide said claimant medical treatment and the other necessary medical services as provided by the Labor and Employment Article, § 9-660 through § 9-664 and § 9-689, of the Maryland Annotated Code.
3. When the claimant receives medical care from a physician of his or her own selection, he or she shall provide medical reports and invoices to the insurer and provide the Commission with copies of all medical reports.

This Award is subject to further determination by this Commission as to whether the claimant has sustained any permanent disability.

B484747
FILE COPY     02/23/2000
A8077
A0227

**ATTEST:**
**Judith L. Johnston**
**Secretary**

— Thomas Patrick O'Reilly