IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR              *
                            *
    v.                      *       Civil No. JFM-02-4087
                            *
BERGMAN & BEVING AB, ET AL. *
                         *****

ORDER

For the reasons stated in the accompany memorandum, it is, this 29th day of October 2004

 Ordered

1. Defendants' motion to dismiss (no. 18) is granted; and

2. This action is dismissed.

/s/
J. Frederick Motz
United States District Judge