IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AARON LOCKLEAR

    PLAINTIFF                    CIVIL ACTION No.: JFM-02-4087

v.

BERGMAN & BEVING, AB, et. al.

    DEFENDANTS

_____,

## NOTICE OF APPEAL

Notice is hereby given that Aaron Locklear, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order granting Defendants' Motion to Dismiss entered on October 29, 2004.

        Respectfully submitted,

        Kotzker/Shamy, P.L.

        *John M. Kotzker*
        *electronically signed*_____
        John M. Kotzker, Esq.
        Federal Bar # 10725
        Attorney for Plaintiff/Trial Counsel
        2724 West Atlantic Boulevard
        Pompano Beach, Fl. 33069
        (954) 956-7676
        Fax (954) 956-9995

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2004, a copy of the foregoing was served via U.S. Mail upon:
Douglas W. Biser
Matthew P. Lalumia #10863
Mudd, Harrison & Burch
105 W. Chesapkeake Ave. #300
Towson, Md. 21204
Attorneys for Defendants

        *John M. Kotzker*
        *electronically signed*_____
        John M. Kotzker, Esq.