```
              UNITED STATES COURT OF APPEALS

                   FOR THE FOURTH CIRCUIT
                                                      FILED
                                               September 1, 2006
                        No. 04-2506
                      CA-02-4087-1-JFM
```

AARON LOCKLEAR

       Plaintiff - Appellant

v.

BERGMAN & BEVING AB; LUNA AB

       Defendants - Appellees

  and

HASSLEHOLMS MEKANISK, AB, and or its successor or assign, purchaser or surviving legal entity; A HASSLEHOLMS WIRE ROLLER MACHINE TYPE 1P110/5 SERIAL #:954; UNKNOWN SELLER OF A HASSLEHOLMS WIRE ROLLER MACHINE TYPE 1P110/5 SERIAL #:954; UNKNOWN DISTRIBUTOR, A Hassleholms Wire Roller Machine Type 1P110/5 Serial #:954; UNKNOWN IMPORTER, A Hassleholms Wire Roller Machine Type 1P110/5 Serial #:954

       Defendants

---------------------
On Petition for Rehearing and Rehearing En Banc
---------------------

      The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

      As the panel considered the petition for rehearing and is of the opinion that it should be denied,

      IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

      Entered for a panel composed of Judge Williams, Judge Gregory, and Judge Floyd.

                                 For the Court,

                                 /s/ Patricia S. Connor
                                 _____
                                        CLERK