UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 11, 2006

No. 04-2506
CA-02-4087-1-JFM

AARON LOCKLEAR

    Plaintiff - Appellant

v.

BERGMAN & BEVING AB; LUNA AB

    Defendants - Appellees

    and

HASSLEHOLMS MEKANISK, AB, and or its successor or assign, purchaser or surviving legal entity; A HASSLEHOLMS WIRE ROLLER MACHINE TYPE 1P110/5 SERIAL #:954; UNKNOWN SELLER OF A HASSLEHOLMS WIRE ROLLER MACHINE TYPE 1P110/5 SERIAL #:954; UNKNOWN DISTRIBUTOR, A Hassleholms Wire Roller Machine Type 1P110/5 Serial #:954; UNKNOWN IMPORTER, A Hassleholms Wire Roller Machine Type 1P110/5 Serial #:954

    Defendants

---------------

M A N D A T E

---------------

    The judgment of this Court, entered 8/7/06, takes effect this date.

    A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-------------------------
CLERK